THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM H. JACKSON, Appellant.

(Argued March 6, 1933; decided April 11, 1933.)

*Alan V. Parker* and *Edmund D. O'Brien* for appellant.

*Raymond A. Knowles, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.